NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000813
28-DEC-2012
09:30 AM**

NO. CAAP-12-0000813

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


SAU WAN SIN, Petitioner-Appellant, v.
JEFF FUNG, Respondent-Appellee


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-DA NO. 12-1-0863)


ORDER GRANTING MOTION TO WITHDRAW OR DISMISS APPEAL
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the "Motion to Withdraw or Dismiss Appeal" filed on December 20, 2012 by Petitioner-Appellant Sau Wan Sin, and the records and files herein,

IT IS HEREBY ORDERED that the motion to dismiss appeal is granted, and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, December 28, 2012.

Presiding Judge

Associate Judge

Associate Judge